NO. 07-08-0488-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 6, 2009

______________________________

In the Interest of K.D.J., a Child

_______________________________

FROM THE 320
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 74,123-D; HON. DON R. EMERSON, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Raymond Jaramillo, filed a notice of appeal on December 8, 2008. However, appellant did not pay the $175 filing fee required from appellants under Texas Rule of Appellate Procedure 5.  Nor did it file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1.  By letter from this Court dated December 15, 2008, we informed appellant that “the filing fee in the amount of $175.00 has not been paid . . . .  Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal.”  
Tex. R. App. 
P. 42.3(c); 
see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref’d).  The deadline lapsed, and the fee was not received. 

Because appellant has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

                                                                

Per Curiam